ACCEPTED
2014-05905
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/24/2015 1:39:41 PM
CHRISTOPHER PRIN
CLERK

CAUSE NO. 2014-05905

KAREN JONES,                     §          IN THE DISTRICT COURT OF
   *Plaintiff*,              §          FILED IN
                                 §          14th COURT OF APPEALS
                                 §          HOUSTON, TEXAS
V.                               §          334TH JUDICIAL DISTRICT
                                 §          3/24/2015 1:39:41 PM
                                 §          CHRISTOPHER A. PRINE
THE UNIVERSITY OF TEXAS M.D.     §          Clerk
ANDERSON CANCER CENTER           §
   *Defendant*.             §          HARRIS COUNTY, TEXAS

## DEFENDANT UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER'S NOTICE OF INTERLOCUTORY APPEAL & AUTOMATIC STAY

NOW COMES Defendant THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER (UTMDA) in the above styled and numbered cause and pursuant to TEX. R. APP. P. 25.1(a) gives notice that it desires to take an interlocutory appeal to the Court of Appeals for the First or Fourteenth District of Texas at Houston, Texas pursuant to Texas Civil Practice and Remedies Code §51.014(a)(8) from the 334th Judicial District Court's Order Denying Defendant's Plea to the Jurisdiction on March 20, 2015. A copy of the order appealed from is attached hereto as **Exhibit "1"** and incorporated herein by reference. No briefs have been filed in response to this interlocutory appeal and it is timely filed. This interlocutory appeal is accelerated pursuant to TEX. R. APP. P. 28.1. A copy of this Notice of Interlocutory Appeal is filed pursuant to TEX. R. APP. P. 25.1(d)(6) and it is given to all parties in the above-entitled and numbered cause in accordance with the TEX. R. APP. P. 25.1(e).

Additionally, pursuant to Texas Civil Practice and Remedies Code §51.014(b) all proceedings in the trial court pending resolution of this appeal are stayed, including trial set for April 6, 2015. Also pursuant to TEX. R. APP. P. 29.5, any further proceedings in the trial court which interferes or impairs the jurisdiction of the appellate court or effectiveness of any relief sought or that may be granted on appeal is stayed.

Security for costs on appeal is not required by law because Defendant UTMDA is a governmental unit of the State of Texas and is therefore exempt from the requirement of filing a cost bond. A copy of this Notice of Appeal is being filed with clerk of the First and Fourteenth Courts of Appeals.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

KARA KENNEDY
Chief, Tort Litigation Division

/s/ *Jason Warner*

JASON WARNER
Assistant Attorney General
State Bar No. 24028112
Tort Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
512.463.2197
FAX 512.457.4430
jason.warner@texasattorneygeneral.gov
*Counsel for Defendant University of Texas M.D. Anderson Cancer Center*

## CERTIFICATE OF SERVICE

I hereby certify that on this **24th day of March, 2015,** a true and correct copy of the foregoing document was served via the Court's ECF System to all counsel of record:

Mr. Jeff Benton
THE BENTON LAW FIRM
4848 Lemmon Avenue, Suite 515
Dallas, TX   75219
E-mail:   jeff@thebentonlawfirm.com
*Attorney for Plaintiff*


/s/ *Jason Warner*

JASON WARNER
Assistant Attorney General

P1
Pjury

CAUSE NO. 2014-05905

| | | |
|---|---|---|
| KAREN JONES,<br>*Plaintiff,* | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | 334TH JUDICIAL DISTRICT |
| THE UNIVERSITY OF TEXAS M.D.<br>ANDERSON CANCER CENTER and<br>PAUL CINCIRIPINI,<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |

## ORDER ON DEFENDANT THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER'S PLEA TO THE JURISDICTION

On _____, 2015, the Court heard Defendant THE UNIVERISTY OF TEXAS M.D. ANDERSON CANCER CENTER's Plea to the Jurisdiction in this cause. The Court, after examining the pleadings and evidence before it, and hearing the argument of counsel, finds that Defendant's Motion should be and ~~is~~ hereby DENIED. *See* Wise, 268 S.W.3d 799.

~~IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Court denies all relief not expressly granted in this judgment.~~

SIGNED on **March 20** , 2015.

HON. JUDGE GRANT DORFMAN

**FILED**
Chris Daniel
District Clerk

MAR 20 2015

Time:_____
Harris County, Texas

By_____
Deputy

**EXHIBIT**

1